# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

SASHA M.,

    **Plaintiff,**

v.                                                          Case No. 2:22-cv-2101
                                                                               JUDGE EDMUND A. SARGUS, JR.
COMMISSIONER OF SOCIAL SECURITY,   Magistrate Judge Kimberly A. Jolson

    **Defendant.**

## OPINION AND ORDER

On February 7, 2023 the Magistrate Judge in this case issued a Report and Recommendation that, if adopted, would overrule plaintiff's objection and affirm the defendant's denial of disability benefits. (ECF No. 16.)

The plaintiff has filed a timely objection. The undersigned has reviewed the objections, the record and the Magistrate Judge's Report and Recommendation. The Commissioner of Social Security has correctly applied the law and the factual findings are supported by substantial evidence.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. The decision of the Commissioner of Social Security denying benefits is **AFFIRMED**. This case is **DISMISSED.**

The Court notes that the Plaintiff has demonstrated the presence of serious, severe impairments – degenerative disc disease, type 2 diabetes, obesity, asthma, borderline intellectual functioning, together with schizoaffective disorder, bipolar type with depression and anxiety.

Many of these conditions are progressive. The decision to deny disability benefits was a close one. The Court concludes by noting that further advance of those conditions could make the Plaintiff eligible for Supplemental Security Income benefits in the future.

    **IT IS SO ORDERED.**

**Date:** <u>9/29/2023</u>                  <u>s/Edmund A. Sargus, Jr.</u>
**EDMUND A. SARGUS, JR., JUDGE**
**UNITED STATES DISTRICT JUDGE**